## United States District Court for the Northern District of Illinois

Case Number: 08CV4467    Assigned/Issued By: DAJ

Judge Name: HOLDERMAN    Designated Magistrate Judge: ASHMAN

### FEE INFORMATION

Amount Due:  [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP        [ ] No Fee    [ ] Other _____
             [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 3003605

Date Payment Rec'd: 08/07/08    Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                               [ ] Alias Summons

[ ] Third Party Summons                   [ ] Lis Pendens

[ ] Non Wage Garnishment Summons          [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons    
                                          _____
                                          _____
[ ] Citation to Discover Assets           (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

2 Original and 0 copies on 08/07/08 as to DEF'S. _____
                          (Date)